IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING

FILED

3:06 pm, 4/28/14

Tim J. Ellis
Clerk of Court

| In re: | ) | |
|---|---|---|
| | ) | |
| US BENTONITE, INC., | ) | Case No. 13-20211 |
| | ) | CHAPTER 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| ROCK SPRINGS MINERAL PROCESSING, | ) | Case No. 14-20198 |
| | ) | CHAPTER 11 |
| Debtor-in-Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| ROCK SPRINGS PROPERTIES, INC., | ) | Case No. 14-20200 |
| | ) | CHAPTER 11 |
| Debtor-in-Possession. | ) | ( Jointly Administered ) |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

Upon the Motion for an Order Directing Joint Administration of the Debtors' Chapter 11 Cases, filed April 1, 2014 ("Motion") by US Bentonite, Inc., Rock Springs Mineral Processing and Rock Springs Properties, Inc., the debtors and debtors-in-possession (collectively the "Debtors"), the Court having considered the Motion, and it appearing that proper notice of the Motion was given; and good cause appearing, it is hereby ordered that:

1. The Motion is granted;

2. The above-captioned chapter 11 cases shall be jointly administered by the Court for procedural purposes only;

3. The caption of the jointly administered cases shall read in the same manner as the

1

caption of this order.

4. The Debtors' estates are not being substantively consolidated at this time, and therefore, the Debtors have not requested a joint claims docket;

5. The Clerk of the Court shall make a docket entry in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of US Bentonite, Inc., Case No. 13-20211, Rock Springs Mineral Processing, Case No. 14-20198, and Rock Springs Properties, Inc., Case No. 14-20200. The docket in Case No. 13-20211 should be consulted for all matters affecting this case, excepting claims.

6. The Debtors, within 10 days of the entry of this order, shall file a master combined mailing matrix in US Bentonite, Inc., Case No. 13-20211. The master matrix shall consist of **all creditors** of Rock Springs Mineral Processing, **all creditors** of Rock Springs Properties, Inc., **all secured, all priority** and **the 20 largest unsecured creditors** of US Bentonite, Inc., the United States Trustee and those requesting notice and registered on the CM/ECF system for purposes of proper notice.

**DATED** this 28th day of April, 2014.

By the Court:

_____
HONORABLE PETER J. MCNIFF
United States Bankruptcy Judge

Service to:
All on matrix for each
bankruptcy estate